1  ENRIQUE RAMIREZ, ESQ. SBN98751
   Law office of Enrique Ramirez
2  825 Van Ness Avenue, Suite 304
   San Francisco, CA. 941099
3  (415)441-9775
   (415)441-9917-Fax
4  Attorney for Plaintiffs

5
                    UNITED STATES DISTRICT COURT
6                   NORTHERN DISTRICT OF CALIFORNIA

7

8

9  MYRNA EDITH PEREZ,                  ) Case No.: CV 10 1671 BZ
                                       )
10 JUAN AMBROSIO PEREZ and             ) REQUEST FOR DISMISSAL WITH
                                       ) PREJUDICE
11 MARIA LUISA SOLORZANO               )
                                       )
12                                     )
          PLAINTIFFS                   )
13                                     )
                                       )
14 vs.                                 )
                                       )
15 UNITED STATES OF AMERICA,           )
   DEPARTMENT OF HOMELAND SECURITY,    )
16 U.S. IMMIGRATION & CUSTOMS          )
   ENFORCEMENT & U.S. CUSTOMS,         )
17 BORDER PROTECTION and               )
                                       )
18 Does 1 to 25                        )

19 _____

20                   **I. REQUEST FOR DISMISSAL**

21      Plaintiffs; Myrna Edith Perez, Juan Ambrosio Perez and Maria Luisa Solorzano, through their

22 attorney of record, Enrique Ramirez, do hereby Request for Dismissal of the present entire action

23 against all parties listed herein.

24 DATED: 08/26/2010

25

26 Respectfully submitted,

27 ENRIQUE RAMIREZ

28

IT IS SO ORDERED
Judge Bernard Zimmerman

Dated: 8/30/10